## Commonwealth v. Palmer, Appellant.

Submitted June 10, 1968. *Theodore S. Danforth,* Public Defender, for appellant; *D. Richard Eckman,* Assistant District Attorney, and *Clarence C. Newcomer,* District Attorney, for Commonwealth, appellee.

OPINION PER CURIAM: The order is vacated and the record remanded to the lower court with instructions to hold a hearing at which his contentions relating to the absence of representation of counsel at trial may be determined. See *Commonwealth ex rel. Wright v. Cavell,* 422 Pa. 253, 220 A. 2d 611 (1966).